■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DUANE ADAMS, Appellant. [651 NYS2d 876] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Chetta, J.), rendered August 24, 1994, convicting him of criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Rosenblatt, J. P., Thompson, Santucci and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DUSHAINE ASHLEY, Appellant. [651 NYS2d 333] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Martin, J.), rendered February 15, 1995, convicting him of assault in the second degree, upon a jury verdict, and imposing sentence. Justice Thompson has been substituted for the late Justice Hart *(see,* 22 NYCRR 670.1 [c]).

Ordered that the judgment is affirmed.

The defendant's claim that the court erred in failing to instruct the jury that the complainant was an interested witness is not preserved for appellate review *(see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245). Miller, J. P., Thompson, Altman and Goldstein, JJ., concur.